# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tony Harris

_____

Write the full name of each plaintiff.

25 CV 6681

No. _____
(To be filled out by Clerk's Office)

-against-

Police Department City of New York 48th Precint 450 Cross Bronx expressway

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No



RECEIVED
AUG 11 2025
PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

[X] Violation of my federal constitutional rights

[ ] Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__TONY__     __N/A__     __HARRIS__
First Name   Middle Initial   Last Name

__N/A__
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__B/C# 2412500390     NYSID: 05912496L__
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__E.M.T.C Rikers Island__
Current Place of Detention

__10-10 HAZEN Street East Elmhurst__
Institutional Address

__O__          __N.Y.__      __11370__
County, City   State         Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[X] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced prisoner
[ ] Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 2:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 3:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

Defendant 4:

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 2408 Prospect Ave #1B Bronx NY. 10458

Date(s) of occurrence: 06-17-2024 and on or about 02-19-2025 thru 02-26-2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On June 17, 2024 at approximately 3:00 AM Police officers from the 48 Precint located at 450 Cross Bronx Expressway illegaly searched the apartment of Tony Harris located at 2408 Prospect ave #1B Bronx New York 10458 before securing a warrant the approximately 11 police officers' involved in the search then around Police office Williams and 3 detectives after securing a warrant staged the search to make search legal the police and detectives violated my Civil Rights knowingly, willingly and intentionaly violated those rights then conspired to make search look legal

Then on or about February 26, 2025 in the P.M hours Two detectives from the 48th Precint at 450 Cross Bronx Expressway after search warrant was issued and

excuted and apartment turned over to tenant approached super of Building Displayed Shields to super to gain access to apartment to illeagly search apartment again and immediatly exited the apartment when Confronted by apartment owners' family without showing Shields or giving names or explanation as to why the were inside the apartment

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Violating my home without warrant leaving without Identifying themselves OR displayin Shields (badge numbers) or giving names OR Reason for the violation causing Emotional Distress

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

5,000,000 Five million Dollars for first incident and 1,000,000 for each officer who illeagly searched home punitive Damages for knowingly, Intentionaly, and willingly Committing these acts and I also ask 1,000,000 for the two detectives

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/04/2025

Plaintiff's Signature: Tony Harris

First Name: Tony
Middle Initial: 
Last Name: Harris

Prison Address: E.M.T.C. 10-10 Hazen Street East Elmhurst New York

County, City: Bronx
State: N.Y.
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____

Form **COL**

## Violation Warning
### Denial of Rights Under Color of Law

▷ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983

**Name and address of Citizen:**
Tony Harris
2408 Prospect Ave #1B
Bronx New York 10458

**Name and address of Notice Recipient:**
Tony Harris B/C 2412500390
E.M.T.C 10-10 Hazen Street
East Elmhurst NY 11370 8 upper

**Citizen's statement:**
Police/Detectives of the 48th Illegally Searched Apartment 450 Cross Bronx Expressway Bronx NY. may 2024, 17

I certify that the forgoing information stated here is true and correct.

**Citizen's signature:** Tony Harris

**Date:** 06-04-2025

### Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

**Notice of Service:**
I, Tony Harris, certify that I personally delivered this notice to above named recipient and address on _____ at _____.

Public Domain—Privacy Form COL(01)

Sworn to before me on this
4 day of June, 2025

NOTARY

OLATUNDE IFEDAPO OGUNSUA
Notary Public - State of New York
NO. 01OG0022610
Qualified in Queens County
My Commission Expires Mar 22, 2028

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

Tony HARRIS
Book land Case #
2412500390  NYSID: 05912496L

Claimant(s)

v.

Claim

City of New York,
Police Department,
48 Precinct

Defendant(s)

1. The post office address of the claimant (you) is _____

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific): NEW YORK City Police Department Bronx, New York. 48th Precinct 450 Cross Bronx Expressway Detectives on or about Febuary 26 Violated the Civil Rights of Tony Harris at his home located at 2408 Prospect Ave Apt. # 1B 10458 Bronx New York entered and searched the home of Tony Harris at address above on or around said date above without a warrant gaining access through the Super of said building by using their shield and police Identity and badged to have the Super open the door to said apartment without cause and without warrant for that apartment at said time & Date entry witnessed by super and the Brother of Tony Harris, when Brother Phillip Harris used key to gain entry to apartment the Two Detectives exited the apartment immediately without identifying themselves on or about Febuary 26, 2025

3. The place where the act(s) took place is (be specific): 2408 Prospect Ave #1B 10458 Bronx New York

4. This claim accrued on the 26 day of Febuary, 2025 at 11:00 AM o'clock.

5. Identify the items of damage or injuries claimed to have been sustained:

The Right to a person to be secure in their own home violating personal space and privacy Jewelry Bracelett and Ring Civil Rights Violation Search & Siezure

6. (Check appropriate box):

☐ This Claim is served and filed within 90 days of accrual.
    OR
☐ A Notice of Intention to File a Claim was served on _____, which was within 90 days of accrual.
    OR
☒ This is a claim by an incarcerated person to recover damages for injury to or loss of personal property and it is served and filed within 120 days of the exhaustion of claimant's administrative remedies.

By reason of the foregoing, Claimant was damaged in the amount of $4,000,000, and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

## VERIFICATION

STATE OF NEW YORK ) ss:
COUNTY OF Queens )

Tony Harris, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

Sworn to before me this 4 day of June, 2025.

_____
Notary Public, State of New York

OLATUNDE IFEDAPO OGUNSUA
Notary Public - State of New York
NO. 01OG0022610
Qualified in Queens County
My Commission Expires Mar 22, 2028

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411

## Affidavit of Service

State of New York)
County of _____)

I, __Tony Harris__, being duly sworn deposes and says:

That I am the Claimant in the above mention action and that I have on this __04__ day of __June__ 20__25__, served by certified mail return receipt requested, a true copy of the within Notice of Intention to file claim against the City of New York, upon the Comptroller of the City of New York, upon the comptroller of the city of New York at the below address:

> Office of the Comptroller
> Of the City of New York
> 1 Centre Street, rm 1225
> New York, NY 10007

Respectfully submitted,

_____
Claimant

Sworn to before me this __4__ day of __June__ 20__25__

_____
Notary Public

OLATUNDE 'FEDAPO OGUNSUA
Notary Public, State of New York
NO. 01OG0022610
Qualified in Queens County
My Commission Expires Mar 22, 2028





Tony Harris R/C 2412500390
E.M.T.C. 10-10 Hazen Street
East Elmhurst New York 11370
Housing Unit 8 Upper

United States District Court
500 Pearl Street
New York, NY 10007
Pro Se Intake Unit

CERTIFIED MAIL
9589 0710 5270 0682 7201 87

ASTORIA, NY 11103
AUG 06, 2025
$12.42
S2324M503666-08