**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TONY HARRIS,                                                                     **25-CV-6681 (DEH) (VF)**

                                        Plaintiff,                              **ORDER**

                        -against-


CITY OF NEW YORK,

                                        Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On December 10, 2025, Defendant filed a letter motion to stay this matter pending Plaintiff's criminal case. ECF No. 15. A conference to discuss this matter is hereby scheduled for **Tuesday, February 24, 2026 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442; access code [141 307 968#].

Because Plaintiff is currently incarcerated and proceeding pro se, it is **ORDERED** that the City of New York Department of Correction, the Warden of the Eric M. Taylor Center ("EMTC"), and/or any other official or agency with the authority to do so, make **TONY HARRIS** (NYSID No. 05912496L; B&C No. 2412500390) available via Microsoft Teams on **February 24, 2026, beginning at 10 a.m.**, until the completion of the proceeding, as his appearance is required by the Court on said date for a conference.

The Clerk of the Court is respectfully directed to mail a copy of ECF No. 15 and this order to pro se Plaintiff.

**SO ORDERED.**

DATED:        December 12, 2025
              New York, New York

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge