UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TONY HARRIS
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police, Dep't City of N.Y. 48 Precinct
450 Cross Bronx Expressway
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes  ☐ No
(check one)

25 Civ. 6681 (VF)

RECEIVED
JAN 27 2026
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Tony Harris
              ID#   241250 0390
              Current Institution  West Facility Unit 17 UA
              Address  16-06 Hazen Street
              East Elmhurst N.Y. 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Alex Claudio            Shield # 22252
                  Where Currently Employed  48th Precinct
                  Address  450 Cross Bronx Expressway
                           Bronx N.Y. 10457

*Rev. 01/2010*                                1

Defendant No. 2    Name Joshua Williams    Shield # 811
Where Currently Employed NEW YORK City Police Department
Address 48th Precinct 450 Cross Bronx Expressway
Bronx, NY 10457

Defendant No. 3    Name Michael Gibbons    Shield # 4170
Where Currently Employed 48th Precinct
Address 450 Cross Bronx Expressway
Bronx, NY. 10457

[Who did what?]

Defendant No. 4    Name Heriberto Sifonte    Shield # 16972
Where Currently Employed 48th Precinct
Address 450 Cross Bronx expressway
Bronx NY. 10457

Defendant No. 5    Name Brian Cintron    Shield # 14743
Where Currently Employed 48th Precinct
Address 450 CROSS BRONX Expressway
BRONX N.Y. 10457

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what ~~institution~~ did the events giving rise to your claim(s) occur?
Occured in my Home

B. Where in the ~~institution~~ did the events giving rise to your claim(s) occur?
2408 Prospect Ave, Bronx NY. 10458 Apt. 1B

C. What date and approximate time did the events giving rise to your claim(s) occur?
June 17, 2024

D. Facts: On June 17, 2024 at approximately 2:30AM About 12 Uniformed police officers came to my home located at 2408 prospect ave Bronx N.Y. 10458 Apt. 1B

[What happened to you?]

*Rev. 01/2010*

2

**Was anyone else involved?**

Responding to a domestic violence complaint from Nyesha Ruiz and myself Tony Harris Both Nyesha Ruiz and myself declined to press charges but officers still placed me under arrest soon after I exited the building the officers went into my apartment and searched it. Nyesha Ruiz is a first hand witness and also a man named Curt last name unknown after siz seizing property from my home they unlawfully detained and arrested Ms. Ruiz and forced her testimony, detained her for twevle (12) hours at the 48th Precinct with the promise of money $10.00 for her cooperation to buy drugs for her addiction to secure warrant for my arrest & conviction.

**Who else saw what happened?**

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

elevated Blood Pressure

Taken to hospital for medication

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✗

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ____

If YES, which claim(s)?
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____

1. Which claim(s) in this complaint did you grieve?
_____
_____

2. What was the result, if any?
_____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
_____
_____
_____

*Rev. 01/2010*                                                         4

    2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 5,000,000 Five Million Dollars for the illegal search & sizure of my home, for the unlawful arrest and detention, and coorcion, and exploitation of Nyesha Ruiz for testimony to affect my arrest, and for conspiring the staged video of the search of my home, for the official behavior (misconduct) and for knowingly, willingly and intentionaly committing these acts for my arrest, and for the time in custody of such arrest and violation.

Rev. 01/2010    5

_____
_____
_____

**VI.   Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes  X   No ____

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number  IND-72902-24/001
   4. Name of Judge assigned to your case  Audrey, Stone
   5. Approximate date of filing lawsuit  08-2024
   6. Is the case still pending?  Yes  X   No ____
      If NO, give the approximate date of disposition  Unknown
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Still pending

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes  X   No ____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff  Tony Harris
   Defendants  48th Precinct Bronx NY. 10457

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number  _____
   4. Name of Judge assigned to your case  VALERIE FIGUEREDO
   5. Approximate date of filing lawsuit  June-August 2024

Rev. 01/2010                                  6

6. Is the case still pending? Yes _X_ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _16_ day of _January_, 20_26_

Signature of Plaintiff  _Tony Harris_
Inmate Number   _2412500390_
Institution Address  _16-06 Hazen Street_
_East Elmhurst N.Y. 11370_
_Housing Unit 17 UA_
_West Facility_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _16_ day of _January_, 20_26_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Tony Harris_

*Rev. 01/2010*                                   7




Tony Harris B/c 2412500390
West Facility 16-06 Hazen Street
East Elmhurst N.Y. 11370
Housing Unit 17 UA

Pro Se

United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl Street
New York, N.Y. 10007

RECEIVED
JAN 27 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
2026 JAN 27 AM 11:30
SDNY PRO SE OFFICE