**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TONY HARRIS,                                                    **25-CV-6681 (DEH) (VF)**

                            Plaintiff,                          **ORDER**

                -against-


CITY OF NEW YORK,

                            Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

The Clerk of Court is directed to electronically notify the New York City Police

Department and the New York City Law Department of this order. The Court requests that Alex

Claudio, shield #22252; Joshua Williams, shield #811; Michael Gibbons, shield #4170; Heriberto

Sifonte, shield #16472; and Brian Cintron, shield #14743 waive service of summons.

        **SO ORDERED.**

DATED:        February 3, 2026
              New York, New York

                                            _____
                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge