**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

TONY HARRIS,                                                              **25-CV-6681 (DEH) (VF)**

                                           Plaintiff,                        **ORDER**

                  -against-


CITY OF NEW YORK,

                                           Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On February 24, 2026, the Court held a conference to discuss Defendant's motion for a

stay of the case pending Plaintiff's criminal case. See ECF No. 15. During the conference,

Plaintiff stated that he consented to the stay. For the reasons stated on the record, the stay of the

case is granted.

Defendant also filed a letter requesting that the City of New York ("the City") be

terminated from the docket because Plaintiff did not name the City in his amended complaint. See

ECF No. 21. Plaintiff stated on the record that he did intend to include the City as a defendant.

Thus, Plaintiff may file a second amended complaint, including claims against the City, by

**March 26, 2026**. The stay of the case will be effect after the filing of the second amended

complaint.

For the reasons stated on the record, Plaintiff's motion to suppress filed at ECF No. 18 is

denied.

The Clerk of the Court is respectfully directed to mail a copy of this order to pro se

Plaintiff and to close the motions at ECF Nos. 15 and 18.

**SO ORDERED.**

DATED:    February 24, 2026
          New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge