**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TONY HARRIS,

                     Plaintiff,

         -against-

CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------------X

**25-CV-6681 (DEH) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Plaintiff filed a second amended complaint. ECF No. 23. As discussed at the conference held on February 24, 2026, the case is stayed pending Plaintiff's criminal proceedings. <u>See</u> ECF No. 22. The parties are directed to file a status update on **<u>May 22, 2026</u>**.

     **SO ORDERED.**

DATED:     March 20, 2026
             New York, New York

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge